**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00764-CV

———————————

**JAMES ENGLISH, Appellant**

**V.**

**SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS, AN OFFICER OF THE UNITED STATES, Appellee**

---

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. CI68885**

---

## MEMORANDUM OPINION

On April 14, 2025, the Court reinstated the appeal on the active docket after it had been abated for a bankruptcy stay. The Court ordered appellant to provide proof of payment for the clerk's record and filing fee within 30 days of the date of the order or the appeal might be dismissed. *See* TEX. R. APP. P. 5, 20.1 (indigence),

37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024). The Court further stated that, if appellant is unable to afford payment of those fees, he must file a statement of inability to afford court costs in the trial court and provide this Court with proof of that filing. Appellant filed no response. No clerk's record has been filed and the filing fee remains unpaid. On June 20, 2026, the trial court clerk advised that appellant has not made payment arrangements for the preparation of the clerk's record.

Accordingly, the Court dismisses the appeal. *See* TEX. R. APP. P. 42.3; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.